[No. 24934-1-II.   Division Two.   November 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADFORD LANORIS JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00463-6, Don L. McCulloch, J., entered July 27, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 25512-0-II.   Division Two.   November 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DOUGLAS STOVALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02729-2, Arthur W. Verharen, J., entered January 14, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 25672-0-II.   Division Two.   November 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN ROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-1-00307-4, F. Mark McCauley, J., entered February 14, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.

[No. 25694-1-II.   Division Two.   November 9, 2001.]

*In the Matter of the Marriage of* WENDY L. CARNAHAN, *Respondent*, and JOHN F. CARNAHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-03676-0, Vicki L. Hogan, J., entered January 28, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.